# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-25-00744-CV

---

**Josiah Reed Burns, Appellant**

**v.**

**Lindsey Brooke Rowe, Appellee**

---

### FROM THE 483RD DISTRICT COURT OF HAYS COUNTY
### NO. 22-0845, THE HONORABLE ALICIA KEY, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Appellant Josiah Reed Burns filed a motion with this Court challenging the trial court's order finding him not indigent. *See* Tex. R. Civ. P. 145 ("Payment of Costs Not Required"); *see also* Tex. R. App. P. 20.1 (providing procedure for establishing inability to pay court costs on appeal). Determining that the trial court failed to make detailed findings of fact to support its order, we remanded the case to the trial court and ordered it to make such findings. *See* Tex. R. Civ. P. 145(f)(2) (detailed findings required); *see also Bell v. Bell*, No. 03-24-00597-CV, 2024 WL 5241044, at *1 (Tex. App.—Austin Dec. 23, 2024, no pet.) (per curiam) (mem. op.) (noting prior abatement and direction to trial court to issue sufficiently detailed findings when initial findings did not comply with Rule 145); *McFadden v. Webb*, No. 03-23-00572-CV, 2024 WL 149293, at *1 n.1 (Tex. App.—Austin Jan. 12, 2024, no pet.)

(per curiam) (mem. op.) (same).  On December 10, 2025, the trial court made such findings, and a supplemental clerk's record was filed with this Court containing said findings.

Having reviewed the motion, the clerk's record, including the supplemental record containing the December 10, 2025 findings, and the reporter's record from the indigency hearing, we cannot conclude that the trial court's order constitutes an abuse of discretion.  *See Basaldua v. Hadden*, 298 S.W.3d 238, 241 (Tex. App.—San Antonio 2009, no pet.) (reviewing trial court's order sustaining contest to indigency under abuse-of-discretion standard); *see also Bui v. Beck & Co. Real Estate Servs., Inc.*, No. 03-16-00882-CV, 2017 WL 279615, at *2 (Tex. App.—Austin Jan. 19, 2017, no pet.) (per curiam) (mem. op.) (same).  Accordingly, we deny appellant's motion.  *See* Tex. R. Civ. P. 145(g)(4); *Schultz v. Schultz*, No. 03-23-00075-CV, 2023 WL 3512081, at *1 (Tex. App.—Austin May 18, 2023, no pet.) (per curiam) (mem. op.).

_____

Rosa Lopez Theofanis, Justice

Before Justices Triana, Kelly, and Theofanis

Filed:   January 23, 2026

2